IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL MUNIE and ABC QUALITY MOVING, L.L.C.<br><br>      Plaintiffs,<br><br>v.<br><br>CHRIS KOSTER, JAN SKOUBY, MICHELLE TEEL, TINA THURMAN, CHUCK GOHRING, RUDOLPH E. FARBER, DAVID A. GACH, DUANE S. MICHIE, GRACE NICHOLS, LLOYD J. CARMICHAEL, and STEPHEN R. MILLER,<br><br>      Defendants. | Case No. 4:10-CV-01096-DDN |

DEFENDANTS SKOUBY, TEEL, THURMAN, GOHRING, FARBER
GACH, MICHIE[1], NICHOLS, CARMICHAEL AND MILLER'S MOTION TO DISMISS

COMES NOW Defendants Skouby, Teel, Thurman, Gohring, Farber, Gach, Nichols, Carmichael, Miller and Suelthaus, pursuant to Fed. R. C. P. 12(b) (6), through their undersigned attorneys of record, and move this Court for an ORDER dismissing the case at bar. In support of this motion, Defendants state as follows:

1.  Plaintiffs' First Claim For Declaratory relief alleges deprivation of liberty without due process of law. Plaintiffs' First Claim For Declaratory Relief does not allege they have been "completely deprived of the right to engage in their chosen profession. As a result, Plaintiffs First Claim For Declaratory Relief fails to state a claim upon which relief can be granted and should be dismissed.

---

[1] Defendant Michie previously filed a Motion To Substitute Party pursuant to Fed. R. C. P. 25 substituting Mr. Suelthaus as a party for Defendant Michie because Mr. Suelthaus was appointed to replace Defendant Michie on the Missouri Highways and Transportation Commission on July 15th, 2010.

2.     Plaintiffs' Second Claim For Declaratory Relief purports to arise from the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.  Plaintiffs do not allege a substantive right in their Complaint.  Defendants a rational basis for the procedures challenged by Plaintiffs is to protect consumers.  Plaintiffs allege no facts tending to overcome the presumption of legislative validity.  Plaintiffs' Second Claim For Declaratory Relief should be dismissed.

3.     Plaintiffs' Third Claim For Declaratory Relief purports to sound from an arbitrary and irrational classification of household movers.  Defendants' articulated reason for such classification is consumer protection.  Plaintiffs allege no facts to overcome the presumption of legislative validity and should be dismissed.

4.     Plaintiffs' Fourth Claim For Declaratory and Injunctive Relief alleges Defendants have unlimited discretion to interpret "public convenience and necessity."  Defendants made no decision adverse to Plaintiffs' application.  Plaintiffs' were not aggrieved by Defendants' decision.  As a result, Plaintiffs do not have standing to challenge Defendants' decision and this claim should be dismissed.

5.     Plaintiffs' Fifth Claim For Declaratory and Injunctive Relief alleges an abridgement of privileges and immunities.  Plaintiff Munie does not allege he was deprived of rights because he is a citizen of a different state.  Since Plaintiff Munie alleges he is a resident of Missouri and does not allege he is being treated differently than a resident of another state conducting business within this state's geographic limitations, the Privileges and Immunities Clause of the Fourteenth Amendment is inapplicable to the case at bar and the Fifth Claim for relief should be dismissed.

6.      Plaintiffs' Complaint against Defendants Skouby, Teel Thurman and Gorhing should be dismissed for a reason independent of the reasons propounded by all Defendants. Mo. Rev. Stat. § 226.130(2) requires Defendants Farber, Gach, Nichols, Carmichael, Miller and Michie to prescribe rules fixing the duties of all persons these Defendants employ in their capacity as members of the Missouri Highways and Transportation Commission. Any injunctive relief directed to Defendants Farber, Gach, Nichols, Carmichael, Miller and Michie would be binding on Defendants Skouby, Teel Thurman and Gorhing are not real parties in interest or necessary defendants in the case at bar and should be dismissed.

Respectfully Submitted,

*/s/ R. B. Regan*

| | |
|---|---|
| R. B. Regan | E.D. A.R.N. #10587 |
| Sr. Litigation Counsel | |
| Alicia C. O'Connell | E.D. A.R.N. #4296591 |
| Assistant Counsel | |

MISSOURI HIGHWAYS AND
TRANSPORTATION COMMISSION
1590 Woodlake Drive
Chesterfield, Missouri  63017
Phone: 314.453.1856
Fax: 314.340.4229
Email:  b.regan@modot.mo.gov

| | |
|---|---|
| Paula Lambrecht | E.D. A.R.N. #21657 |
| Chief Counsel | |

*ATTORNEYS FOR DEFENDANTS*

CERTIFICATE OF SERVICE

  I hereby certify that on September 23, 2010, the foregoing *Defendants Skouby, Teel, Thurman, Gohring, Farber, Gach, Michie, Nichols, Carmichael and Miller's Motion to Dismiss* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Daniel A. Himebaugh
 Pacific Legal Foundation
 3900 Lennane Drive, Suite 200
 Sacramento, California  95834

 M. Reed Hopper
 Pacific Legal Foundation
 3900 Lennane Drive, Suite 200
 Sacramento, California  95834

 Timothy Sandefur
 Pacific Legal Foundation
 3900 Lennane Drive, Suite 200
 Sacramento, California  95834

  I hereby certify that on September 23, 2010, the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

 Daniel A. Himebaugh
 Pacific Legal Foundation
 3900 Lennane Drive, Suite 200
 Sacramento, California  95834

 M. Reed Hopper
 Pacific Legal Foundation
 3900 Lennane Drive, Suite 200
 Sacramento, California  95834

 Timothy Sandefur
 Pacific Legal Foundation
 3900 Lennane Drive, Suite 200
 Sacramento, California  95834

 Chris Koster
 Supreme Court Building
 207 West High Street

P.O. Box 899
Jefferson City, Missouri  63102

/s/ R. B. Regan
R. B. Regan