UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL MUNIE, et al., )<br>    )<br>     Plaintiffs, )<br>    )<br>v. )<br>    )<br>CHRIS KOSTER, et al., )<br>    )<br>     Defendants. ) | Case No. 4:10-cv-01096-DDN |

### DEFENDANT KOSTER'S MOTION TO DISMISS

Defendant Chris Koster, Missouri Attorney General, moves this Court for an order dismissing Plaintiffs' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

General allegations that Attorney General Koster has authority under, Mo. Rev. Stat. § 27.060 to enforce the laws of the state is insufficient to make him a proper party in litigation challenging state laws. *1st Westco Corp. v. School Dist. of Philadelphia*, 6 F.3d 108, 113 (3d Cir. 1993). Furthermore, "to determine whether there is an actual controversy, a district court must consider whether 'there is a substantial controversy between the parties having adverse legal interests, of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.'" *Whitehead v. City of St. Louis*, 2009 WL 4430699, 3 (E.D. Mo. 2009) (citing *Maryland Cas. Co. v. Pacific Coal & Oil Co.*, 312 U.S. 270, 273 (1941). "If there is no such immediate controversy, a claim for declaratory relief is moot and must be dismissed." *Id.*

Attorney General Chris Koster is not a proper party to this lawsuit. Even if it is determined that he is, there is no immediate controversy in the case at bar and thus Plaintiff's Motion for Injunctive Relief should be dismissed. In support of this motion, Defendant Koster incorporates by this reference his memorandum in support, filed contemporaneously herewith.

WHEREFORE, based upon the forgoing and for the reasons explained in Defendants' Suggestions in Support, Defendant Koster requests this Court dismiss Plaintiffs' claims against Defendant Koster for failure to state a claim upon which relief can be granted, and for such other and further relief as may be just and proper in the premises.

Respectfully submitted,

CHRIS KOSTER
Missouri Attorney General


*/s/  DanaWalker Tucker*
Dana Walker Tucker, #57248
Chief Counsel, Eastern Region
Office of the Missouri Attorney General
P. O. Box 861
St. Louis, Missouri  63188
Telephone:     314.340.7652
Facsimile:     314.340.7891
Dana.Tucker@ago.mo.gov

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 1st day of October, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to:

Dave Roland
Show-MO Institute
4512 West Pine Boulevard
St. Louis, Missouri 63108

Timothy Sandefur
M. Reed Hopper
Daniel A. Himebaugh
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California  95834

R. B. Regan
MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION
1590 Woodlake Drive
Chesterfield, MO 63017

Alicia O'Connell
MISSOURI DEPARTMENT OF TRANSPORTATION
Chief Counsel's Office
105 W. Capitol Avenue
Jefferson City, MO 65109

                                                        */s/  Dana Walker Tucker*