UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MUNIE et al, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV1096-DDN |
| ) | |
| CHRIS KOSTER ET AL, ) | |
| ) | |
| Defendant(s). ) | |

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge David D. Noce to District Judge Audrey G. Fleissig.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

JAMES G. WOODWARD
CLERK

10/26/2010
DATE

By:   /s/ Kara Scheele
      Kara Scheele
      DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:10cv1096AGF.**